IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § § | |
| v. | § § | C.R. NO. H-02-729 (01) |
| Harris Dempsey Ballow, | § § § | |
| Defendant. | § § | |

ORDER

Pursuant to the court's docket:

1. Sentencing is reset to:                June 22, 2011 at 9:30 a.m.

SIGNED this the __14__ day of April, 2011.

_____
DAVID HITTNER
U.S. District Judge